UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED FEB 14 2024
CLERK

INDICTMENT FOR INTERSTATE STALKING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24-12-JWD-EWD |
| versus | : | 18 U.S.C. § 2261A(1) |
| UKKASHA ALI-SULEIMAN | : | |

**THE GRAND JURY CHARGES:**

On or about January 2, 2024, in the Middle District of Louisiana and elsewhere, **UKKASHA ALI-SULEIMAN**, defendant herein, did travel in interstate commerce with the intent to harass another person, Victim 1, and in the course of, and as a result of, such travel caused substantial emotional distress to Victim 1.

The above is a violation of Title 18, United States Code, Section 2261A(1).

UNITED STATES OF AMERICA, BY

_[signature]_
RONALD C. GATHE, JR.
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_[signature]_
ELIZABETH E. WHITE
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**
GRAND JURY FOREPERSON

2/14/2024
DATE