UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

*GRAND JURY RETURN*

Date:   February 14, 2024

UNITED STATES OF AMERICA

VERSUS

UKKASHA ALI-SULEIMAN

CRIMINAL

NO. 24-12-JWD-EWD

PRESENT:   Eli Abad
Counsel for U.S.A.

Indictment filed into the record and arrest warrant issued.

\* \* \* \* \*