UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO: 24-CR-12-JWD-EWD |
| *Versus* | : | |
| | : | |
| | : | |
| UKKASHA ALI-SULEIMAN | : | |

**NOTICE OF DEFENSE OF INSANITY**
**(Fed. R. Crim. P. 12.2)**

TO ELIZABETH E. WHITE, ASSISTANT U.S. ATTORNEY
FOR THE MIDDLE DISTRICT OF LOUISIANA

TAKE NOTICE that Defendant, UKKASHA ALI-SULEIMAN, pursuant to Rule 12.2(a)

of the Federal Rules of Criminal Procedure gives notice that he intends to rely on the defense of

insanity at the time of the commission of the alleged crime, and will offer proof of the defense at

the trial in the above-captioned action.

RESPECTFULLY SUBMITTED:

 s/ Michael A. Fiser
MICHAEL A. FISER
Attorney at Law
The Fiser Law Firm, LLC
1055 Laurel Street
Baton Rouge, LA 70802
(225)343-5059
Fax: (225)778-7383
Bar Roll No: 28575
Email: *michael@fiserlaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 13, 2024, a copy of the foregoing *Notice of Defense of Insanity* was filed electronically with the Clerk of Court using the CM/ECF system.   Notice of this filing will be sent to AUSA Elizabeth E. White by operation of the Court's electronic filing system.

_ s/ Michael A. Fiser _____